THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARLETTE SHUEY, individually and :
on behalf of all others similarly :
situated, :
                                                                               : CIVIL ACTION NO. 3:22-CV-857
        Plaintiff,                           : (JUDGE MARIANI)
                                                                               :
        v.                                           :

BREVILLE USA, INC., :
        Defendant. :

### ORDER

AND NOW, THIS **16th** DAY OF SEPTEMBER 2022, upon consideration of the Rule 41 Notice of Dismissal (Doc. 5) filed by Plaintiff Darlette Shuey stating that he is dismissing her claims without prejudice, **IT IS HEREBY ORDERED THAT**:

1. Plaintff's Rule 41 Notice of Dismissal (Doc. 5) is **ACCEPTED**;

2. The above-captioned action is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                                                 Robert D. Mariani
                                                                                 United States District Judge